United States Courts
Southern District of Texas
FILED

*October 17, 2023*

Nathan Ochsner, Clerk of Court

Dear courts,

I would like to bring petition to the courts against the Harris county sheriffs office be it I have been informed they are the ones responsible for happenings within the jail for which I have voiced grievence and have been turned away by the county courts.

   Please send necessary documents and fee waiver be it I am one of little means.

   Sincerely,
   Adam Marcus.

Marcus E. Adams
5046 Fallen Oaks Dr.
Houston Tx, 77091

NORTH HOUSTON TX 773
12 OCT 2023 PM 5 L

Court
515 Rusk
Houston Tx, 77002

77002-260099